UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDUIM RAMON TINEO,

                              **Plaintiff,**                           19-CV-9589 (VSB)(SN)

           -against-                                          **ORDER**

THOMAS DECKER, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On March 20, 2020, Defendants filed a letter updating the Court as to petitioner's status and indicating their intent to file a stipulation of dismissal or a status letter. ECF No. 14. Accordingly, the parties shall file a joint stipulation of dismissal or a status letter with the Court by Monday, April 13, 2020.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:     April 8, 2020
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2020